1   BARRY J. PORTMAN
    Federal Public Defender
2   CYNTHIA C. LIE
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant CRUZ-HERNANDEZ

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                         CR-09-00696 JF/
    UNITED STATES OF AMERICA,        )    No. ~~CR-09-00686 JF /~~ CR-04-20007 JF
11                                   )
                 Plaintiff,          )    STIPULATION AND ~~[PROPOSED]~~
12                                   )    ORDER CONTINUING SENTENCING
    vs.                              )    HEARING
13                                   )
    JOSE CRUZ-HERNANDEZ,             )
14                                   )
                 Defendant.          )
15  _____)

16                           **STIPULATION**

17          The parties hereby stipulate and agree that the sentencing hearing currently scheduled for

18  Wednesday, December 9, 2009, may be continued to Wednesday, December 16, 2009, at 9:00

19  a.m.  The reason for the requested continuance is that counsel for the government will be out of

20  the district on the currently scheduled date.  The United States Probation Office has been

21  consulted as to the requested continuance and has no opposition.

22  Dated: December 2, 2009

23

24                                       s/_____
                                         GARY FRY for STEVEN SEITZ
25                                       Assistant United States Attorney

26

    Stipulation and [Proposed] Order Continuing
    Sentencing Hearing
                                  1

Dated: November 30, 2009

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

**[PROPOSED] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently scheduled for Wednesday, December 9, 2009, shall be continued to Wednesday, December 16, 2009 at 9:00 a.m.

Dated: December __8__, 2009

_____
HON. JEREMY FOGEL
United States District Judge

Stipulation and [Proposed] Order Continuing
Sentencing Hearing

2